

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00465-CV

Ray **RIOJAS**,
Appellant

v.

**WATER MEADOW, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04735
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: October 30, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant Ray Riojas appeals the trial court's final judgment signed June 28, 2024. Appellant's brief was originally due September 16, 2024, but neither the brief nor a motion for extension of time was filed. On September 23, 2024, we ordered appellant to file, not later than October 10, 2024, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3 (court may dismiss appeal for want of prosecution or because

appellant has failed to comply with a court order within the time provided). Appellant has not filed a brief or the written response ordered by the court.

Accordingly, this appeal is dismissed.

PER CURIAM